■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CURTIS WEST, Appellant.—Appeal by defendant, as limited by his brief, from a sentence of the County Court, Rockland County (Meehan, J.), imposed September 24, 1984, upon his conviction of rape in the third degree, after a plea of guilty, the sentence being an indeterminate term of imprisonment of 1⅓ to 4 years.

Sentence affirmed.

Under the circumstances of this case we are of the view that the sentencing court did not abuse its discretion in imposing the maximum sentence *(see, People v Suitte,* 90 AD2d 80). Mangano, J. P., Bracken, Weinstein, Lawrence and Kooper, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRY WHITE, Appellant.—Appeal by defendant, as limited by his brief, from a sentence of the Supreme Court, Queens County (Rotker, J.), imposed September 10, 1984.

Sentence affirmed.

Under the circumstances of this case, we find that the sentence imposed was not excessive, and note that defendant "pleaded guilty with the understanding that he would receive the sentence which was thereafter actually imposed" *(People v Nelson,* 104 AD2d 1055; *People v Kazepis,* 101 AD2d 816). Mangano, J. P., Bracken, Weinstein, Lawrence and Kooper, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD WHITE, Appellant.—Judgment of the Supreme Court, Kings County (Demakos, J.), rendered January 26, 1983, affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9; *People v Kazepis,* 101 AD2d 816). Mollen, P. J., Gibbons, Brown, Niehoff and Eiber, JJ., concur.